NYACK HOSPITAL, Respondent, v ENCOMPASS INSURANCE COMPANY, Appellant.

Submitted February 5, 2007; decided March 22, 2007

Motion to dismiss appeal granted and the appeal dismissed as moot with $400 costs and $100 costs of motion.

ANTHONY PASSALACQUA, Appellant, v STATE OF NEW YORK, Respondent.

Submitted January 22, 2007; decided March 22, 2007

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AUGUSTINE R. RIZZO, Appellant.

Submitted March 19, 2007; decided March 22, 2007

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

Judge PIGOTT taking no part.

MARGARITA RIVERA, Respondent, v KATTE ANILESH, D.D.S., et al., Defendants, and INDU ANILESH, D.D.S., Appellant.

Submitted March 12, 2007; decided March 22, 2007

Motion by New York State Dental Association et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief may be served and 24 copies filed within seven days.

PAMELA B. RODMAN, Appellant, v ROBERT H. FRIEDMAN, Respondent.

Submitted January 16, 2007; decided March 22, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.